**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOSH HAYNES,**                                                                          **PLAINTIFF**
**ADC # 139661**

**VS.**                          **4:16CV00890-BRW**

**EDWARDS, Major, White
County Detention Center;** *et al*.                                        **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of February, 2017.

                                                                           /s/ Billy Roy Wilson
                                                                           UNITED STATES DISTRICT JUDGE